[No. 12604-8-III.   Division Three.   December 2, 1993.]

WILLIAM E. HENDRICK, ET AL, *Appellants*, v. STEPHEN G. DASHIELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-05349-5, John A. Schultheis, J., entered July 2, 1992. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Thompson, C.J., and Sperline, J. Pro Tem.